# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS FAIRCHILD, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-1506-JMY |
| IT LANDES COMPANY, LLC d/b/a<br>IT LANDES, *et al.*, | : | |

## ORDER FOR CONFERENCE (VIDEO)

**AND NOW**, this 8th day of September, 2023, it is **ORDERED** that a conference with the Court will be held on **Tuesday, October 3, 2023, at 10:00 a.m**. to discuss the **Motion to Compel Complete Discovery Responses (ECF #16).** Counsel shall appear by video and will be notified by Chambers staff via email of the conference link instructions.

BY THE COURT:

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**