IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS FAIRCHILD, | : | |
| | : | No.  23-cv-1506-JMY |
| v. | : | |
| | : | |
| IT LANDES COMPANY, LLC, & IT LANDES AND SON, INC., AND HB MCCLURE COMPANY, LLC., | : : : | |

**AMENDED SCHEDULING ORDER**

**AND NOW**, this 3rd day of October, 2023, upon consideration of the parties' request, it is hereby **ORDERED** that the following amended case management schedule is enacted:

- Discovery deadline is **November 20, 2023**;
- Parties shall produce expert report is due **December 4, 2023**;
- Rebuttal expert report is due **December 18, 2023**;[1]
- All expert discovery, including all depositions of expert witnesses are due **January 3, 2024**;
- All motions for summary judgment and *Daubert* motions shall be filed no later than **February 7, 2024**;
- Reponses to such motions shall be file no later than **March 7, 2024**
- Final pre-trial conference shall be held on **Tuesday, June 11, 2024, at 10:00 a.m.** Counsel shall appear by remote video and will be notified by Chambers via email with instructions on how to participate remotely.  No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures. A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly

---

[1] Any deposition of an expert pursuant to Federal Rule of Civil Procedure 26(b)(4)(A) must be conducted before the deadline for submission of dispositive motions.

    proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

    4.    Counsel are referred to Judge Younge's operating procedures for further information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

                                    **BY THE COURT:**

                                   /s/ *John Milton Younge*
                                **JUDGE JOHN MILTON YOUNGE**