# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS FAIRCHILD, | : | |
| | : | No.  23-cv-1506-JMY |
| v. | : | |
| | : | |
| IT LANDES COMPANY, LLC, & I.T. LANDES AND SON, INC., AND HB MCCLURE COMPANY, LLC., | : : : | |

## ORDER

**AND NOW**, this 9th day of September 2024, upon consideration of the Motion for Summary Judgment (ECF No. 30) filed by the Defendants, all papers submitted in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court, it is hereby **ORDERED** that said Motion will be **DENIED**.

                                                                                                   BY THE COURT:

                                                                                                     /s/ John Milton Younge  
                                                                                                  Judge John Milton Younge